# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Alfajer, Ltd. | ) ASBCA No. 59979 |
| | ) |
| Under Contract No. W91B4L-14-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:  Walt Pennington, Esq.
Pennington Law Firm
San Diego, CA

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
ChristinaLynn E. McCoy, Esq.
Trial Attorney

## ORDER OF DISMISSAL

On 25 June 2015, appellant, Alfajer, Ltd., filed a notice of dismissal with prejudice. On that same date, the government notified the Board that it did not object to the dismissal. Accordingly, this appeal is dismissed with prejudice.

Dated: 30 June 2015

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59979, Appeal of Alfajer, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals